IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 5 2007
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| DARIUS NIGEL SAULS,                §<br>§<br>Petitioner,            §<br>§<br>v.                            §<br>§<br>NATHANIEL QUARTERMAN, Director,   §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division,    §<br>§<br>Respondent.           § | 2:07-CV-0015 |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging three prison disciplinary cases. On February 13, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause noting petitioner is serving an 8-year sentence for an eligible mandatory supervised release with a concurrent 20-year sentence for a non-eligible mandatory supervised release. The Magistrate Judge recommended therein that the petition for a writ of habeas corpus be denied as the reinstatement of any previously accrued good time forfeited as a result of the disciplinary proceedings would not automatically entitle petitioner to accelerated release from confinement. On March 1, 2007, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED.

The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _____5____ day of ___March___ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE