IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARIUS NIGEL SAULS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:07-CV-0015 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Petitioner DARIUS NIGEL SAULS has filed with this Court an application to proceed *in forma pauperis* on appeal. On March 23, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the application be denied because petitioner had sufficient funds to pay the applicable appellate filing fee. Petitioner has not filed any objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner has sufficient funds with which to pay the filing fee on appeal. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application to proceed *in forma pauperis* on appeal filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _10th_ day of _April_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE